**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| RICHARD MIEZE AND LORRAINE MIEZE, | :   No. 45 WAL 2023 |
| | : |
| Petitioners | : |
| | :   Petition for Allowance of Appeal |
| | :   from the Order of the |
| v. | :   Commonwealth Court |
| | : |
| | : |
| CITY OF PITTSBURGH, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.